# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2918

Arkansas United and L. Mireya Reith

Appellees

v.

John Thurston, in his official capacity as the Secretary of State of Arkansas, et al.

Appellants

Remee Oelschlaeger, in her official capacity as a member of the Washington County Election Commission, et al.

------

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:20-cv-05193-TLB)

------

**ORDER**

Appellants' motion for a temporary administrative stay is granted, and the orders of the district court requiring the State to conduct election training by September 16, 2022 are stayed pending briefing and further order of this Court.

Appellants' motion to expedite briefing on their emergency motion to stay the injunction is granted in part. Appellees' response is due September 19, 2022 and appellants' reply is due September 21, 2022.

September 13, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans