# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 22-2918

Arkansas United and L. Mireya Reith

Appellees

v.

John Thurston, in his official capacity as the Secretary of State of Arkansas, et al.

Appellants

Remee Oelschlaeger, in her official capacity as a member of the Washington County Election Commission, et al.

------------------------------

State of Nebraska, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:20-cv-05193-TLB)

---

**ORDER**

Honest Elections Project has filed a motion for leave to file an amicus response in support of appellants.

No objections have been filed and the motion is granted.

September 22, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans