UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 22-2918

Arkansas United and L. Mireya Reith

Appellees

v.

John Thurston, in his official capacity as the Secretary of State of Arkansas, et al.

Appellants

Remee Oelschlaeger, in her official capacity as a member of the Washington County Election Commission, et al.

------------------------------

State of Nebraska, et al.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:20-cv-05193-TLB)
_____

**ORDER**

Appellants' emergency motion for a stay pending appeal is granted. The District Court's Memorandum and Order, App. 3, Judgment, App. 42, and Order Granting Motion to Clarify, App. 47, are hereby stayed pending appeal. *See Purcell v. Gonzalez*, 549 U.S. 1 (2006) (per curiam). The clerk is directed to proceed with briefing and oral argument, if appropriate, in the ordinary course.

September 28, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans