IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

———————

Nos. 22-2918 & 23-1154

ARKANSAS UNITED and L. MIREYA REITH,

        Plaintiffs-Appellees

v.

JOHN THURSTON, in his official capacity as
Secretary of State of Arkansas, et al.,

        Defendants-Appellants

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

———————

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

———————

Undersigned counsel respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw as counsel of record for the United States in the above-captioned case. Effective April 11, 2025, undersigned counsel will leave her position with the Department of Justice.

The United States will continue to be represented by Katherine E. Lamm.

                        Respectfully submitted,

                        MAC WARNER
                         Deputy Assistant Attorney General

                        s/ Elizabeth Parr Hecker
                        ELIZABETH PARR HECKER
                         Attorney
                         Department of Justice
                         Civil Rights Division
                         Appellate Section
                         Ben Franklin Station
                         P.O. Box 14403
                         Washington, D.C. 20044-4403
                         (202) 616-5550

Date: April 3, 2025

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 55 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Century Schoolbook 14-point font using Microsoft Word for Microsoft 365.

s/ Elizabeth Parr Hecker<br>
ELIZABETH PARR HECKER<br>
Attorney

Date:  April 3, 2025

**CERTIFICATE OF SERVICE**

I certify that on April 3, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

I certify that all participants in this care are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Elizabeth Parr Hecker
ELIZABETH PARR HECKER
  Attorney
