# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No:  22-2918

_____

Arkansas United; L. Mireya Reith

Plaintiffs - Appellees

v.

John Thurston, in his official capacity as the Secretary of State of Arkansas; Sharon Brooks, in her official capacity as a member of the Arkansas State Board of Election Commissioners; Bilenda Harris-Ritter, in her official capacity as a member of the Arkansas State Board of Election Commissioners; William Luther, in his official capacity as a member of the Arkansas State Board of Election Commissioners; Charles Roberts, in his official capacity as a member of the Arkansas State Board of Election Commissioners; James Sharp, in his official capacity as a member of the Arkansas State Board of Election Commissioners; J. Harmon Smith, in his official capacity as a member of the Arkansas State Board of Election Commissioners

Defendants - Appellants

Remee Oelschlaeger, in her official capacity as a member of the Washington County Election Commission; Bill Ackerman, in his official capacity as a member of the Washington County Election Commission; Max Deitchler, in his official capacity as a member of the Washington County Election Commission; Jennifer Price, in her official capacity as a member of the Washington County Election Commission; Russell Anzalone, in his official capacity as a member of the Benton County Election Commission; Robbyn Tumey, in her official capacity as a member of the Benton County Election Commission; Harlan Stee, in his official capacity as a member of the Benton County election Commission; David Damron, in his capacity as a member of the Sebastian County Election; Luis Andrade, in his capacity as a member of the Sebastian County Election; Lee Webb, in his capacity as a member of the Sebastian County Election; Meghan Hassler, in her capacity as a member of the Sebastian County Election

Defendants

------------------------------

State of Nebraska; State of Alabama; State of Alaska; State of Florida; State of Georgia; State of Indiana; State of Kentucky; State of Louisiana; State of Mississippi; State of Montana; State of New Hampshire; State of Ohio; State of Oklahoma; State of South Carolina; State of Tennessee; State of Texas; State of Utah; State of West Virginia; Honest Elections Project

Amici on Behalf of Appellant(s)

United States

Amicus on Behalf of Appellee(s)

Arkansas United; L. Mireya Reith

Plaintiffs - Appellees

v.

John Thurston, in his official capacity as the Secretary of State of Arkansas; Sharon Brooks, in her official capacity as a member of the Arkansas State Board of Election Commissioners; Bilenda Harris-Ritter, in her official capacity as a member of the Arkansas State Board of Election Commissioners; William Luther, in his official capacity as a member of the Arkansas State Board of Election Commissioners; Charles Roberts, in his official capacity as a member of the Arkansas State Board of Election Commissioners; James Sharp, in his official capacity as a member of the Arkansas State Board of Election Commissioners; J. Harmon Smith, in his official capacity as a member of the Arkansas State Board of Election Commissioners

Defendants - Appellants

Remee Oelschlaeger, in her official capacity as a member of the Washington County Election Commission; Bill Ackerman, in his official capacity as a member of the Washington County Election Commission; Max Deitchler, in his official capacity as a member of the Washington County Election Commission; Jennifer Price, in her official capacity as a member of the Washington County Election Commission; Russell Anzalone, in his official capacity as a member of the Benton County Election Commission; Robbyn Tumey, in her official capacity as a member of the Benton County Election Commission; Harlan Stee, in his official capacity as a member of the Benton County election Commission; David Damron, in his capacity as a member of the Sebastian County Election; Luis Andrade, in his capacity as a member of the Sebastian County Election; Lee Webb, in his capacity as a member of the Sebastian County Election; Meghan Hassler, in her capacity as a member of the Sebastian County Election

Defendants

------------------------------

United States

Amicus on Behalf of Appellee(s)

Appeals from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:20-cv-05193-TLB)

**JUDGMENT**

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the grant of summary judgment for United States and denial of summary judgment for the State is reversed, the permanent injunction and award of attorney fees and costs is vacated, and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

July 28, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Susan E. Bindler