# Nos. 22-2918, 23-1154

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

ARKANSAS UNITED and L. MIREYA REITH,

*Plaintiffs-Appellees*

v.

JOHN THURSTON, in his official capacity as the Secretary of State of Arkansas, and SHARON BROOKS, BILENDA HARRIS-RITTER, WILLIAM LUTHER, CHARLES ROBERTS, JAMES SHARP, and J. HARMON SMITH, in their official capacities as members of the Arkansas State Board of Election Commissioners,

*Defendants-Appellants.*

On Appeal from the United States District Court
For the Western District of Arkansas
No. 5:20-cv-5193 (Hon. Timothy L. Brooks)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION FOR REHEARING EN BANC

Defendants-Appellants respectfully request a 14-day extension of time to file their response to Plaintiffs-Appellees' petition for rehearing en banc. Plaintiffs-Appellees do not oppose this request. Defendants' response is currently due on September 15, 2025, and the extension would make it due on September 29, 2025.

A 14-day extension of the deadline is reasonable and necessary due to counsel's other obligations. In addition to counsel's own deadlines and obligations, counsel has needed to assist on other matters as members of the office are on family leave. Moreover, counsel needs to take time off to care for a sick child and an extension would not prejudice Plaintiffs, who do not oppose the requested extension. Therefore, Defendants respectfully requests that the Court grant this unopposed motion for a 14-day extension of the deadline to file a response to the petition for rehearing en banc.

Respectfully submitted,

TIM GRIFFIN
  Arkansas Attorney General

*/s/Autumn Hamit Patterson*
AUTUMN HAMIT PATTERSON
  Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
101 W. Capitol
Little Rock, AR 72201
(501) 682-2007
autumn.patterson@arkansasag.gov

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 141 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a 14-point Century Schoolbook, a proportionally spaced typeface, using Microsoft Word.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson

## CERTIFICATE OF SERVICE

I certify that on September 10, 2025, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson
